UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 98-442-CR-LENARD

**UNITED STATES OF AMERICA**,
   Plaintiff,

vs

**DAMION ANTHONY CAMPBELL,**
   Defendant.
_____/

### JUDGMENT AND COMMITMENT ORDER UPON REVOCATION

THIS CAUSE came before the Court upon Probation's Superseding Petition for Offender Under Supervision.  A Final Revocation Hearing was held on July 12, 2017, at which time, after a factual proffer by the government, the defendant admitted to the violations in the petition.  The Court found the defendant had violated the terms and conditions of his supervised release. Therefore, it is hereby

**ORDERED AND ADJUDGED** that the defendant's term of supervised release is REVOKED and the defendant is remanded to be imprisoned for a term of **6 months.**  Upon release from imprisonment, the defendant shall be placed on supervised release for a term of **three years**.  While on supervised release, the defendant shall comply with the following special conditions:  Permissible Search – The defendant shall submit to a search of his/her person or property conducted in a reasonable manner and at a reasonable time by the U.S. Probation Officer.   The defendant is permitted to return to Jamaica.

DONE AND ORDERED in Miami, Florida this 17th day of July, 2017.

                            */s/ Joan A. Lenard*
                            JOAN A. LENARD
                            UNITED STATES DISTRICT JUDGE