UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

        CASE NO: 98-CR-00442

      Plaintiff

v.

        JUDGE:  LENARD

DAMION CAMPBELL,
      Defendant.
_____/

**<u>DEFENDANT'S UNOPPOSED MOTION TO AMEND SENTENCE</u>**

    COMES NOW, THE DEFENDANT, DAMION CAMPBELL,  by and through his undersigned counsel, and hereby files this Unopposed Motion to Amend Sentence, and in support thereof would show as follows:

    1.    The Defendant appeared before this Honorable Court on  July 17, 2017, for a final revocation hearing.

    2.    At that hearing, the Court sentenced the Defendant to six months of confinement, reinstated the Defendant's supervised release, and allowed the Defendant to return to Jamaica.

    3.    The Defendant is requesting that this Court grant him the time served against the five month sentence from March 1, 2017, until the date of the sentence.  This is the time the Defendant spent in the Federal Detention Center in Miami, upon his arrival from Jamaica.

    4.    Therefore, the Defendant is requesting 139 amount of days time served.

    5.    Undersigned  counsel has discussed this matter with AUSA Yvonne Rodriguez-Schack, who has no objection to the granting of this motion, awarding the Defendant 139 amount of time served against his Defendant.

WHEREFORE, DEFENDANT, DAMION CAMPBELL, prays this Honorable Court to grant the relief requested in this motion.

I HEREBY CERTIFY that a true and correct copy hereof has been furnished by Electronic filing to the Clerk of the U.S. Court, and by Efiling to Yvonne Rodriguez-Schack, United State Attorney's Office of this Court on this 21 day of AUGUST, 2017.

LAW OFFICES OF H. SCOTT HECKER, P.A.

/s/ H. Scott Hecker
H. SCOTT HECKER, ESQUIRE
Florida Bar Number: 602530
400 Southeast Ninth Street
Fort Lauderdale, FL 33316
(954) 523-3811
email: Heckerlawfirm@gmail.com
Attorney for Defendant